UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DESOTO PLAZA ASSOCIATES L L C** | **CIV. ACTION NO. 5:23-01191** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **4 STAR GENERAL CONTRACTING INC** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

The Report and Recommendation of the Magistrate Judge [Doc. No. 22] having been considered, together with the Objection [Doc. No. 23] filed by Plaintiff DeSoto Plaza Associates LLC ("DeSoto"), with no reply having been filed, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that DeSoto's Motion to Dismiss [Doc. No. 9] is **GRANTED in part and DENIED in part**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that DeSoto's claim for breach of contract [Doc. Nos. 1, 5] is **DISMISSED WITHOUT PREJUDICE** and that DeSoto file amended pleadings within twenty-one (21) days from entry of this order.

**MONROE, LOUISIANA** this 8th day of January 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**